948

**UNITED STATES OF AMERICA,**
**Plaintiff—Appellee,**

v.

**Freddie Eugene WALKER, a/k/a Big**
**Freddie, Defendant—Appellant.**

No. 04–6255.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 27, 2004.

Decided: June 3, 2004.

Freddie Eugene Walker, Appellant pro se.

Michael R. Smythers, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Freddie Eugene Walker appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Walker*, No. CR–95–39 (E.D.Va. Nov. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*